THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ARTHUR CHALMERS, Appellant.

Argued May 29, 1939; decided July 11, 1939.

*Joseph S. Robinson* and *William Richter* for appellant.

*Thomas E. Dewey, District Attorney* (*Stanley H. Fuld* and *Jacob Grumet* of counsel), for respondent.

Judgment affirmed; no opinion.   (See 281 N. Y. 676.)

Concur: CRANE, Ch. J., O'BRIEN, HUBBS and FINCH, JJ. Dissenting: LEHMAN, LOUGHRAN and RIPPEY, JJ., on the ground that the testimony of Vera Lorden was erroneously admitted.